IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Darnell Brown, | ) | |
| | ) | **15 C 1044** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGE ALONSO |
| | ) | |
| City of Chicago, et al. | ) | |
| | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT

Defendant City of Chicago, by and through one of its attorneys, Gregory Beck, Assistant Corporation Counsel, respectfully request that this Court extend the time for it to answer Plaintiff's First Amended Complaint through and including December 7, 2015. In support of this motion, Defendant states as follows:

1. On March 28, 2015, Plaintiff filed his First Amended Complaint against the Defendants. (Dkt. No. 6.) .

2. The undersigned attorney has not yet had the opportunity to obtain all the relevant records from the Chicago Police Department relating to the alleged incident that is the subject of this lawsuit. The undersigned has not yet had an opportunity to meet with the officers to discuss the allegations contained in this complaint.

3. In order to investigate the content of Plaintiff's factual allegations and to form the most appropriate pleading, Defendant requests additional time through and including December 7, 2015, to file its answer or other pleading to this lawsuit.

4. This motion is not brought for any purpose other than to allow Defendant to prepare the most appropriate responsive pleading in light of the allegations contained in Plaintiff's Amended Complaint. No prejudice will result to the Plaintiff by the granting of this motion.

5. Plaintiff's counsel has no objection to this motion.

**WHEREFORE**, Defendants respectfully requests that this Court extend the time for the Defendants file their answer or other responsive pleading in this action through and including December 7, 2015.

Respectfully Submitted,

/s/ Gregory Beck
Assistant Corporation Counsel
30 N. LaSalle, Suite 900
Chicago, IL 60602
(312) 742-5146
Attorney No: 6308565